[No. 9707–5–I.   Division One.   July 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND DOUGLAS PARIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02611–5, Arthur E. Piehler, J., entered November 25, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Williams, J.

[No. 9794–6–I.   Division One.   July 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE JAMES MARBERG, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN PHILLIP FAGAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–03548–3, Robert E. Dixon, J., entered January 5, 1982. *Affirmed* as to defendant Marberg; defendant Fagan *dismissed* by unpublished opinion per Swanson, J., concurred in by James and Callow, JJ.

[No. 9328–2–I.   Division One.   July 12, 1982.]

HERBERT D. GORNE, *Respondent,* v. LLOYD R. PEDERSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 55046, Jack S. Kurtz, J., entered September 10, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Callow, J.